**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **PO-19-05249-GF-JTJ** |
| **Plaintiff,** | **VIOLATION:**<br>**7353272**<br>**Location Code: M13** |
| **vs.** | |
| **MARK A. METTERNICH,** | **ORDER** |
| **Defendant.** | |

Based upon the United States' motion to dismiss the citation for lack of evidence, and for good cause shown, IT IS ORDERED that citation number 7353272 is DISMISSED.

IT IS FURTHER ORDERED that the bench warrant issued on or about December 5, 2019 is QUASHED.

DATED this 14th day of February, 2020.


_____
John Johnston
United States Magistrate Judge